## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NATIONAL CONGRESS OF PARENTS AND TEACHERS<br>        Plaintiff,<br><br>v.<br><br>SCHOOL FAMILY MEDIA, INC.<br>        Defendant. | )<br>)<br>)<br>)<br>)   Civil Action No. 11-cv-08018<br>)<br>)<br>)<br>) |

### NOTICE OF RULE 41(a)(1)(A)(i) VOLUNTARY DISMISSAL

Plaintiff, National Congress of Parents and Teachers ("National PTA"), by its attorneys, and pursuant to Rule 41(a)(1)(A)(i), files this Notice of Voluntary Dismissal without prejudice as to the Complaint against School Family Media, Inc. ("Defendant"). Defendant has not filed an answer or a motion for summary judgment in this case. Therefore, pursuant to Rule 41(a)(1)(B), National PTA dismisses its Complaint against Defendant without prejudice.

                                    Respectfully submitted,

                                    National Congress of Parents and Teachers

Date: January 4, 2012

/s/ Jonathan P. Froemel
Melissa A. Vallone
Jonathan P. Froemel
Barnes & Thornburg
One North Wacker Drive, Suite 4400
Chicago, Illinois 60606
Telephone: 312-357-1313
Facsimile: 312-759-5646

Attorneys for the Plaintiff